UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>DYSON DIRECT, INC.<br><br>        Defendant. | Case No. 1:19-cv-06623<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Derrick U Dennis ("Plaintiff") and Defendant Dyson Direct, Inc ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice.  Each party shall bear its own costs, expenses, and attorney's fees.

Dated:   September 23, 2020

**STEPTOE & JOHNSON LLP**       **SHALOM LAW, PLLC**

By: */s/ Khristoph Becker*        By: /s/*Jonathan Shalom*
 Khristoph Becker           Jonathan Shalom
 1114 Avenue of the America       105-13 Metropolitan Avenue
 New York, New York 10036       Forest Hills, NY 11375
 Telephone: 212-506-3900        Telephone: (718) 971-9474
 kbecker@Steptoe.com         Jonathan@ShalomLawNY.com
 *Attorneys for Defendant*         *Attorneys for Plaintiff*